# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**WILLIAM EDWARD BRAMBLETT,**

    **Plaintiff,**

**v.**                                                  **Case No. 4:19cv340-MW/HTC**

**MELINDA MASTERS, et al.,**

    **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall **TRANSFER** this cause to the United States District Court for the Middle District of Florida. The Clerk shall also close the file.

**SO ORDERED on September 26, 2019.**

                                                    **s/ MARK E. WALKER**
                                                    **Chief United States District Judge**